SAMUEL SALVIN, Appellant, *v.* ARTHUR S. FRIEND et al., Respondents, Impleaded with Another.

(Argued May 7, 1930; decided June 3, 1930.)

*Samuel D. Cohen* and *Bertram L. Marks* for appellant.
*Samuel R. Golding* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.